**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 42 EM 2018
                           :
          Respondent    :
                           :
                           :
          v.                :
                           :
                           :
HERBERT BROWN,           :
                           :
          Petitioner      :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 30th day of May, 2018, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.